IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JESUS NOE CHAVEZ,

        Petitioner,

    v.

MARK NOOTH,

        Respondent.

No. 2:11-cv-857-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). When either party objects to any portion of a Magistrate Judge's Report and Recommendation, the district court makes a de novo determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

    Here, petitioner objects to the Report and Recommendation, so

1 - ORDER

I have reviewed this matter de novo. I agree with Magistrate Judge Clarke's proposed disposition, so I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#48) is adopted. The petition (#3) is dismissed with prejudice. If petitioner appeals, a certificate of appealability will be denied because petitioner has not made a substantial showing of the denial of a constitutional right.

IT IS SO ORDERED.

DATED this 5 day of March, 2013.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER